# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 269 MAL 2014
:
                    Petitioner :
                                  :
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
             v. :
                                  :
                                  :
TIFFANY LEE BARNES, :
                                  :
                  Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the suppression court erred in concluding Respondent was subject to an unlawful search and seizure, thus granting her suppression motion and dismissing all charges based on the erroneous conclusion that the interaction between Trooper Rogowski and Respondent was an investigative detention, requiring reasonable suspicion, as opposed to a mere encounter, requiring no suspicion?